UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RICHARD YARRIS, individually and on behalf of those individuals similarly situated,

          Plaintiffs,

-against-

SEARS HOLDINGS CORPORATION, SEARS HOLDINGS MANAGEMENT CORPORATION, and SEARS, ROEBUCK and CO.,

          Defendants.

Civil Action No. 14-cv-05512

(ADS)(GRB)

---

## STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

It is hereby STIPULATED AND AGREED, by and between Plaintiff RICHARD YARRIS ("Plaintiff") and Defendants sued herein as SEARS HOLDING CORPORATION, SEARS HOLDINGS MANAGEMENT CORPORATION, and SEARS, ROEBUCK and CO. ("Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that any obligation on the part of all Defendants to answer, move, or otherwise respond to the Complaint in this matter shall be extended until and including November 19, 2014;

It is FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys who state that they have been authorized to enter this Stipulation, that no previous requests for extension of the current putative deadline of November 4, 2014 have been made.

| | |
|---|---|
| ZABELL & ASSOCIATES, P.C.<br>*ATTORNEYS FOR PLAINTIFF*<br>1 Corporate Drive, Suite 103<br>Bohemia, New York 11716<br>(631) 589-7242 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Rd., Ste. 410<br>Melville, NY 11747<br>(631) 247-0404 |
| By: _____<br>    SAUL D. ZABELL, ESQ.<br>(Digitally signed by Saul D. Zabell<br>Date: 2014.10.30 09:51:10 -04'00') | By: _____<br>    JONATHAN KOZAK, ESQ. |
| Dated: _____ | Dated: 10/30/14 |

**REMAINDER INTENTIONALLY LEFT BLANK**

SO ORDERED on this \_\_\_\_ day of October, 2014

_____
United States District Judge

4825-0579-7664, v. 1