UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RICHARD YARRIS, individually and on behalf of those individuals similarly situated,

           Plaintiffs,

-against-

SEARS HOLDINGS CORPORATION, SEARS HOLDINGS MANAGEMENT CORPORATION, and SEARS, ROEBUCK and CO.,

           Defendants.

**STIPULATION**

Civil Action No. 14-cv-05512

---

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED** by and between the Parties through their undersigned counsel as follows:

1. Plaintiff shall file and serve an Amended Complaint on or before November 25, 2014.

2. Defendant Sears Roebuck shall file and serve an answer to the Amended Complaint, or otherwise file and serve motion papers responding thereto, two-weeks after Plaintiff's filing of his Amended Complaint.

| | |
|---|---|
| ZABELL & ASSOCIATES, P.C.<br>*ATTORNEYS FOR PLAINTIFF*<br>1 Corporate Drive, Suite 103<br>Bohemia, New York 11716<br>(631) 589-7242 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Rd., Ste. 410<br>Melville, NY 11747<br>(631) 247-0404 |
| By: _____<br>SAUL D. ZABELL, ESQ.<br><br>Dated: 11-18-14 | By: _____<br>JONATHAN KOZAK, ESQ.<br><br>Dated: 11-18-14 |