UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Suite 250
Melville, New York  11747
(631) 247-0404

---

RICHARD YARRIS, individually and on behalf of those individuals similarly situated,

                      Plaintiffs,

-against-

SEARS HOLDINGS CORPORATION, SEARS HOLDINGS MANAGEMENT CORPORATION, and SEARS, ROEBUCK and CO.,

                      Defendants.

Civil Action No. 14-cv-05512

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE, that Defendant, SEARS, ROEBUCK and CO., hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said Defendant, and demand that all papers in this action be served upon the undersigned at the office, post office address and e-mail stated below.

Dated: Melville, New York
       December 16, 2014

                      Yours, etc.,

                      JACKSON LEWIS P.C.
                      *ATTORNEYS FOR DEFENDANT*
                      58 South Service Road, Ste. 250
                      Melville, New York  11747
                      (631) 247-0404
                      kozakj@jacksonlewis.com

                      s/_____
                      JONATHAN M. KOZAK, ESQ.

4815-6882-3329, v.  1